# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Roger Lis v. Comcast of Chicago, Inc., et al. | FILED: JULY 14, 2008<br>08CV3984<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE COX<br>YM |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Comcast of Chicago, Inc.; Comcast of Illinois I, Inc.; Comcast of Illinois III, Inc.; Comcast of Illinois IV, Inc.; Comcast of Illinois/Texas, Inc.; Comcast MO Express of Illinois, Inc.; Comcast of Northern Illinois, Inc.; Comcast Sound Communications, Inc.; and Comcast of South Chicago, Inc., DEFENDANTS

| NAME (Type or print) |
|---|
| Bradley J. Andreozzi |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Bradley J. Andreozzi |

| FIRM |
|---|
| Drinker Biddle & Reath LLP |

| STREET ADDRESS |
|---|
| 191 N. Wacker Drive Suite 3700 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606-1698 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6257334 | (312) 569-1173 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I, Justin O. Kay, hereby certify that, on the date set forth below, I caused true and correct copies of the foregoing Appearance of Bradley J. Andreozzi to be served via first-class mail, postage prepaid, upon the following:

| | |
|---|---|
| Kenneth J. Brennan<br>John A. Bruegger<br>SimmonsCooper LLC<br>707 Berkshire Blvd.<br>P.O. Box 521<br>East Alton, IL 62024<br><br>*Counsel for Plaintiff Roger Lis* | August J. Matteis, Jr.<br>Brian Wienthal<br>GILBERT RANDOLPH LLP<br>1100 New York Avenue, NW<br>Suite 700<br>Washington, DC 20005<br><br>*Counsel for Plaintiff Roger Lis* |

Dated: July 14, 2008                **/s/ Justin O. Kay**
                                                        Justin O. Kay