**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROGER LIS,<br><br>                    Plaintiff,<br><br>         v.<br><br>COMCAST OF CHICAGO, INC., et al.,<br><br>                    Defendants. | FILED: JULY 14, 2008<br>08CV3984<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE COX<br>No. _____<br>YM |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Comcast of Chicago, Inc., Comcast of Illinois I, Inc., Comcast of Illinois III, Inc., Comcast of Illinois IV, Inc., Comcast of Illinois/Texas, Inc., Comcast MO Express of Illinois, Inc., Comcast of Northern Illinois, Inc., Comcast Sound Communications, Inc., and Comcast of South Chicago, Inc. state as follows. Comcast Corporation is a publicly traded corporation (NYSE: CMCSA). Comcast Corporation has no parent corporation. No corporation owns more than 10% of Comcast Corporation stock. With the exception of "Comcastic, Inc.," the named Defendants are indirect subsidiaries of Comcast Corporation. Upon information and belief, "Comcastic, Inc." is not affiliated with Comcast Corporation or any of its subsidiaries or affiliates.

Dated:  July 14, 2008

/s/  Bradley J. Andreozzi_____
Bradley J. Andreozzi (ARDC No. 6257334)
Justin O. Kay (ARDC No. 6286557)
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698

(312) 569-1173 (tel.)
(312) 569-3173 (fax)
Bradley.Andreozzi@dbr.com
Justin.Kay@dbr.com

*Counsel for Defendants*

Seamus C. Duffy
Michael W. McTigue Jr.
Michael P. Daly
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
(215) 988-2700 (tel.)
(215) 988-2757 (fax)
Seamus.Duffy@dbr.com
Michael.McTigue@dbr.com
Michael.Daly@dbr.com

*Of counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Justin O. Kay, hereby certify that, on the date set forth below, I caused true and correct copies of the foregoing Answer to be served via first-class mail, postage prepaid, upon the following:

Kenneth J. Brennan
John A. Bruegger
SIMMONSCOOPER LLC
707 Berkshire Blvd.
P.O. Box 521
East Alton, IL 62024

*Counsel for Plaintiff Roger Lis*

August J. Matteis, Jr.
Brian Wienthal
GILBERT RANDOLPH LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005

*Counsel for Plaintiff Roger Lis*

Dated:  July 14, 2008

**/s/  Justin O. Kay**
Justin O. Kay