**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROGER LIS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST OF CHICAGO, INC., et al.,<br><br>　　　　　　　Defendants. | No. 1:08-CV-3984<br>Judge Zagel<br>Magistrate Judge Cox |

**MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

  Defendants Comcast of Chicago, Inc, Comcast of Illinois I, Inc., Comcast of Illinois III, Inc., Comcast of Illinois IV, Inc., Comcast of Illinois/Texas, Inc., Comcast MO Express of Illinois, Inc., Comcast of Northern Illinois, Inc., Comcast Sound Communications, Inc., and Comcast of South Chicago, Inc. (collectively, "Comcast"), by and through undersigned counsel and pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.*, hereby move to compel individualized arbitration pursuant to the terms of the parties' arbitration agreement. In support hereof, Comcast incorporates by reference the accompanying memorandum of law.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated:  August 1, 2008　　　　　　　　**/s/ Bradley J. Andreozzi**
　　　　　　　　　　　　　　　　　　　　Bradley J. Andreozzi (ARDC No. 6257334)
　　　　　　　　　　　　　　　　　　　　Justin O. Kay (ARDC No. 6286557)
　　　　　　　　　　　　　　　　　　　　DRINKER BIDDLE & REATH LLP
　　　　　　　　　　　　　　　　　　　　191 North Wacker Drive
　　　　　　　　　　　　　　　　　　　　Suite 3700
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606-1698
　　　　　　　　　　　　　　　　　　　　(312) 569-1173 (tel.)
　　　　　　　　　　　　　　　　　　　　(312) 569-3173 (fax)
　　　　　　　　　　　　　　　　　　　　Bradley.Andreozzi@dbr.com
　　　　　　　　　　　　　　　　　　　　Justin.Kay@dbr.com

- 2 -

*Counsel for Defendants*

Seamus C. Duffy
Michael W. McTigue Jr.
Michael P. Daly
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
(215) 988-2700 (tel.)
(215) 988-2757 (fax)
Seamus.Duffy@dbr.com
Michael.McTigue@dbr.com
Michael.Daly@dbr.com

*Of counsel for Defendants*