IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER LIS,<br><br>    Plaintiff,<br><br>  v.<br><br>COMCAST OF CHICAGO, INC., et al.,<br><br>    Defendants. | No. 1:08-CV-3984<br>Judge Zagel<br>Magistrate Judge Cox |

## NOTICE OF MOTION TO COMPEL ARBITRATION AND STAY LITIGATION

**TO:**

| | |
|---|---|
| Kenneth J. Brennan<br>John A. Bruegger<br>SIMMONSCOOPER LLC<br>707 Berkshire Blvd.<br>P.O. Box 521<br>East Alton, IL 62024 | August J. Matteis, Jr.<br>Brian Wienthal<br>GILBERT RANDOLPH LLP<br>1100 New York Avenue, NW<br>Suite 700<br>Washington, DC 20005 |

  Please take notice that Defendants Comcast of Chicago, Inc, Comcast of Illinois I, Inc., Comcast of Illinois III, Inc., Comcast of Illinois IV, Inc., Comcast of Illinois/Texas, Inc., Comcast MO Express of Illinois, Inc., Comcast of Northern Illinois, Inc., Comcast Sound Communications, Inc., and Comcast of South Chicago, Inc. will present a **Motion to Compel Arbitration and Stay Litigation** on **Thursday, August 7, 2008 at 10:15 am** before the **Honorable James B. Zagel** in Courtroom 2503, U.S. District Court, 219 S. Dearborn St., Chicago, Illinois 60604.

- 2 -

                                  Respectfully Submitted,

Dated:  August 1, 2008         **/s/ Bradley J. Andreozzi**
Bradley J. Andreozzi (ARDC No. 6257334)
Justin O. Kay (ARDC No. 6286557)
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698
(312) 569-1173 (tel.)
(312) 569-3173 (fax)
Bradley.Andreozzi@dbr.com
Justin.Kay@dbr.com

*Counsel for Defendants*

Seamus C. Duffy
Michael W. McTigue Jr.
Michael P. Daly
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
(215) 988-2700 (tel.)
(215) 988-2757 (fax)
Seamus.Duffy@dbr.com
Michael.McTigue@dbr.com
Michael.Daly@dbr.com

*Of counsel for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on the date set forth below, I caused a true and correct copy of the foregoing **Notice of Motion To Compel Arbitration and Stay Litigation** to be served via overnight delivery upon the following:

| | |
|---|---|
| Kenneth J. Brennan<br>John A. Bruegger<br>SIMMONSCOOPER LLC<br>707 Berkshire Blvd.<br>P.O. Box 521<br>East Alton, IL 62024<br><br>*Counsel for Plaintiff Roger Lis* | August J. Matteis, Jr.<br>Brian Wienthal<br>GILBERT RANDOLPH LLP<br>1100 New York Avenue, NW<br>Suite 700<br>Washington, DC 20005<br><br>*Counsel for Plaintiff Roger Lis* |

Dated: August 1, 2008          **/s/ Justin O. Kay**
                      Justin O. Kay