**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:      1:08-CV-3984

ROGER LIS v. COMCAST OF CHICAGO, INC., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Roger Lis

| | |
|---|---|
| NAME (Type or print) Rosalind M. Robertson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/Rosalind M. Robertson | |
| FIRM  SIMMONSCOOPER LLC | |
| STREET ADDRESS  707 Berkshire Blvd. | |
| CITY/STATE/ZIP  East Alton, Illinois  62024 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6278330 | TELEPHONE NUMBER  618-259-2222 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")    N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")    Y | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")    N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")    N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.  RETAINED COUNSEL           APPOINTED COUNSEL | |