# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ROGER LIS,<br><br>            Plaintiff,<br><br>      v.<br><br>COMCAST OF CHICAGO, INC., et al.,<br><br>            Defendants. | No. 1:08-CV-3984<br>Judge Zagel<br>Magistrate Judge Cox |

## NOTICE OF FILING OF CONSENT ORDER

On August 5, 2008, Counsel to Defendants Comcast of Chicago, Inc., Comcast of Illinois I, Inc., Comcast of Illinois III, Inc., Comcast of Illinois IV, Inc., Comcast of Illinois/Texas, Inc., Comcast MO Express of Illinois, Inc., Comcast of Northern Illinois, Inc., Comcast Sound Communications, Inc., and Comcast of South Chicago, Inc. emailed a WordPerfect-compatible version of a Consent Order Regarding Briefing Schedule On Defendants' Motion To Compel Arbitration And Stay Litigation to Proposed_Order_Zagel@ilnd.uscourts.gov.  A copy of the Proposed Consent Order is attached hereto as Exhibit A.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated:  August 5, 2008 | **/s/ Bradley J. Andreozzi**<br>Bradley J. Andreozzi (ARDC No. 6257334)<br>Justin O. Kay (ARDC No. 6286557)<br>DRINKER BIDDLE & REATH LLP<br>191 North Wacker Drive<br>Suite 3700<br>Chicago, IL 60606-1698<br>(312) 569-1173 (tel.)<br>(312) 569-3173 (fax) |

- 2 -

Bradley.Andreozzi@dbr.com
Justin.Kay@dbr.com

Counsel for Defendants

Seamus C. Duffy
Michael W. McTigue Jr.
Michael P. Daly
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
(215) 988-2700 (tel.)
(215) 988-2757 (fax)
Seamus.Duffy@dbr.com
Michael.McTigue@dbr.com
Michael.Daly@dbr.com

Of counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, a true and correct copy of the foregoing **Notice Of Filing Of Consent Order** was served via the Court's ECF system upon the following counsel of record:

>Kenneth J. Brennan
>John A. Bruegger
>Rosalind M. Robertson
>SimmonsCooper LLC
>707 Berkshire Blvd.
>P.O. Box 521
>East Alton, IL 62024
>
>*Counsel for Plaintiff Roger Lis*

I hereby further certify that, on the date set forth below, a true and correct copy of the foregoing **Notice Of Filing Of Consent Order** was served via U.S. mail, postage pre-paid upon the following counsel:

>August J. Matteis, Jr.
>Brian Wienthal
>GILBERT RANDOLPH LLP
>1100 New York Avenue, NW
>Suite 700
>Washington, DC 20005
>
>*Counsel for Plaintiff Roger Lis*

Dated: August 5, 2008                                   **/s/ Justin O. Kay**
                                                                           Justin O. Kay

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER LIS,<br><br>           Plaintiff,<br><br>     v.<br><br>COMCAST OF CHICAGO, INC., et al.,<br><br>           Defendants. | No. 1:08-CV-3984<br>Judge Zagel<br>Magistrate Judge Cox |

**CONSENT ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS'
MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

This matter coming to be heard on Defendants Comcast of Chicago, Inc.'s, Comcast of Illinois I, Inc.'s, Comcast of Illinois III, Inc.'s, Comcast of Illinois IV, Inc.'s, Comcast of Illinois/Texas, Inc.'s, Comcast MO Express of Illinois, Inc.'s, Comcast of Northern Illinois, Inc.'s, Comcast Sound Communications, Inc.'s, and Comcast of South Chicago, Inc.'s Motion to Compel Arbitration and Stay Litigation filed on August 1, 2008 [Dkt. No. 8], the matter having been duly noticed for hearing on Thursday, August 7, 2008 at 10:15 am [Dkt. No. 10], and the parties having conferred and mutually agreed to a briefing schedule, it is hereby ORDERED that:

(i)  Plaintiff's Response in Opposition to Defendants' motion shall be filed on or before August 29, 2008;

(ii)  Defendants' Reply shall be filed on or before September 19, 2008;

(iii)  The hearing on Thursday, August 7, 2008 at 10:15 am is stricken; and,

(iv)  The Court will apprise the parties as to whether it will hear oral argument regarding Defendants' motion.

Entered: August __, 2008

_____
THE HONORABLE JAMES B. ZAGEL