IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER LIS,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST OF CHICAGO, INC., *et al.*,<br><br>Defendants. | No. 1:08-CV-3984<br>Judge Zagel<br>Magistrate Judge Cox |

**MOTION TO STAY PROCEEDINGS PENDING RULING ON TRANSFER AND CONSOLIDATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Defendants Comcast of Chicago, Inc., Comcast of Illinois I, Inc., Comcast of Illinois III, Inc., Comcast of Illinois IV, Inc., Comcast of Illinois/Texas, Inc., Comcast MO Express of Illinois, Inc., Comcast of Northern Illinois, Inc., Comcast Sound Communications, Inc. and Comcast of South Chicago, Inc. ("Defendants"), by and through their undersigned counsel, respectfully move this Court for an Order staying all proceedings in this action as to all parties pending a ruling by the Judicial Panel on Multidistrict Litigation on a currently-pending motion to transfer this action and a number of substantially identical actions to a single court for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. In support of this motion, Defendants incorporate by reference the accompanying memorandum of law.

Dated: August 15, 2008

/s/ Bradley J. Andreozzi
Bradley J. Andreozzi (ARDC No. 6257334)
Justin O. Kay (ARDC No. 6286557)
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive
Suite 3700

Chicago, IL 60606-1698
(312) 569-1173 (tel.)
(312) 569-3173 (fax)
Bradley.Andreozzi@dbr.com
Justin.Kay@dbr.com

*Counsel for Defendants*

Seamus C. Duffy
Michael W. McTigue Jr.
Michael P. Daly
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
(215) 988-2700 (tel.)
(215) 988-2757 (fax)
Seamus.Duffy@dbr.com
Michael.McTigue@dbr.com
Michael.Daly@dbr.com

*Of Counsel for Defendants*

CH01/ 25211572.1

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date set forth below, I caused a true and correct copy of the foregoing **MOTION TO STAY PROCEEDINGS PENDING RULING ON TRANSFER AND CONSOLIDATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**, along with the supporting memorandum of law and proposed form of order filed therewith, to be served by United States first class mail, postage prepaid, upon the following:

Kenneth J. Brennan
John A. Bruegger
SIMMONSCOOPER LLC
707 Berkshire Blvd.
P.O. Box 521
East Alton, IL 62024

August J. Matteis, Jr.
Brian Weinthal
GILBERT RANDOLPH LLP
1100 New York Avenue, NW
Suite 700
Washington, D.C. 20005

*Counsel for Plaintiff Roger Lis*

Dated: August 15, 2008        **/s/ David S. Almeida**
                              David S. Almeida

CH01/ 25211573.1