IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER LIS,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST OF CHICAGO, INC., *et al.*,<br><br>Defendants. | No. 1:08-CV-3984<br>Judge Zagel<br>Magistrate Judge Cox |

**NOTICE OF MOTION TO STAY PROCEEDINGS PENDING RULING
ON TRANSFER AND CONSOLIDATION BY THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**TO:**

Kenneth J. Brennan
John A. Bruegger
SIMMONSCOOPER LLC
707 Berkshire Blvd.
P.O. Box 521
East Alton, IL 62024

August J. Matteis, Jr.
Brian Wienthal
GILBERT RANDOLPH LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005

Please take notice that Defendants Comcast of Chicago, Inc, Comcast of Illinois I, Inc., Comcast of Illinois III, Inc., Comcast of Illinois IV, Inc., Comcast of Illinois/Texas, Inc., Comcast MO Express of Illinois, Inc., Comcast of Northern Illinois, Inc., Comcast Sound Communications, Inc., and Comcast of South Chicago, Inc. will present a **Motion to Stay Proceedings Pending Ruling on Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation** on **Thursday, August 28, 2008 at 10:15 am** before the **Honorable James B. Zagel** in Courtroom 2503, U.S. District Court, 219 S. Dearborn St., Chicago, Illinois 60604.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated:  August 15, 2008 | **/s/ Bradley J. Andreozzi**            |
|  | Bradley J. Andreozzi (ARDC No. 6257334) |
|  | Justin O. Kay (ARDC No. 6286557) |
|  | DRINKER BIDDLE & REATH LLP |
|  | 191 North Wacker Drive |
|  | Suite 3700 |
|  | Chicago, IL 60606-1698 |
|  | (312) 569-1173 (tel.) |
|  | (312) 569-3173 (fax) |
|  | Bradley.Andreozzi@dbr.com |
|  | Justin.Kay@dbr.com |
|  |  |
|  | *Counsel for Defendants* |
|  |  |
|  | Seamus C. Duffy |
|  | Michael W. McTigue Jr. |
|  | Michael P. Daly |
|  | DRINKER BIDDLE & REATH LLP |
|  | One Logan Square |
|  | 18th & Cherry Streets |
|  | Philadelphia, Pennsylvania 19103-6996 |
|  | (215) 988-2700 (tel.) |
|  | (215) 988-2757 (fax) |
|  | Seamus.Duffy@dbr.com |
|  | Michael.McTigue@dbr.com |
|  | Michael.Daly@dbr.com |
|  |  |
|  | *Of counsel for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date set forth below, I caused a true and correct copy of the foregoing **Notice of Motion to Stay Proceedings Pending Ruling on Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation** to be served by United States first class mail, postage prepaid, upon the following:

| | |
|---|---|
| Kenneth J. Brennan<br>John A. Bruegger<br>SIMMONSCOOPER LLC<br>707 Berkshire Blvd.<br>P.O. Box 521<br>East Alton, IL 62024<br><br>*Counsel for Plaintiff Roger Lis* | August J. Matteis, Jr.<br>Brian Wienthal<br>GILBERT RANDOLPH LLP<br>1100 New York Avenue, NW<br>Suite 700<br>Washington, DC 20005<br><br>*Counsel for Plaintiff Roger Lis* |

Dated:  August 15, 2008                              **/s/ David S. Almeida**
                                                                       David S. Almeida

CH01/ 25211566.1