IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER LIS,<br><br>            Plaintiff,<br><br>      v.<br><br>COMCAST OF CHICAGO, INC., et al.,<br><br>            Defendants. | No. 1:08-CV-3984<br>Judge Zagel<br>Magistrate Judge Cox |

## NOTICE REGARDING ARGUMENT BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Counsel to Defendants Comcast of Chicago, Inc., Comcast of Illinois I, Inc., Comcast of Illinois III, Inc., Comcast of Illinois IV, Inc., Comcast of Illinois/Texas, Inc., Comcast MO Express of Illinois, Inc., Comcast of Northern Illinois, Inc., Comcast Sound Communications, Inc., and Comcast of South Chicago, Inc. (collectively "Defendants") filed a Motion to Stay [Dkt. No. 14] on August 15, 2008 based on the pendency of a coordination motion filed with the Judicial Panel on Multidistrict Litigation ("JPML") on August 14, 2008.  In their Motion to Stay, Defendants anticipated that the JPML would hear argument on the coordination motion in September.  Because the coordination motion has not been listed on the JPML's September 25th calendar, Defendants now anticipate that the JPML will hear argument on the coordination motion as part of its November calendar.

Case 1:08-cv-03984   Document 17   Filed 08/26/2008   Page 2 of 3

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated:  August 26, 2008 | **/s/ Bradley J. Andreozzi**  |

Bradley J. Andreozzi (ARDC No. 6257334)
Justin O. Kay (ARDC No. 6286557)
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698
(312) 569-1173 (tel.)
(312) 569-3173 (fax)
Bradley.Andreozzi@dbr.com
Justin.Kay@dbr.com

Counsel for Defendants

Seamus C. Duffy
Michael W. McTigue Jr.
Michael P. Daly
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
(215) 988-2700 (tel.)
(215) 988-2757 (fax)
Seamus.Duffy@dbr.com
Michael.McTigue@dbr.com
Michael.Daly@dbr.com

Of counsel for Defendants

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, a true and correct copy of the foregoing **Notice Regarding Argument Before The Judicial Panel On Multidistrict Litigation** was served via the Court's ECF system upon the following counsel of record:

> Kenneth J. Brennan
> John A. Bruegger
> Rosalind M. Robertson
> SimmonsCooper LLC
> 707 Berkshire Blvd.
> P.O. Box 521
> East Alton, IL 62024
>
> *Counsel for Plaintiff Roger Lis*

I hereby further certify that, on the date set forth below, a true and correct copy of the foregoing **Notice Of Filing Of Consent Order** was served via U.S. mail, postage pre-paid upon the following counsel:

> August J. Matteis, Jr.
> Brian Wienthal
> GILBERT RANDOLPH LLP
> 1100 New York Avenue, NW
> Suite 700
> Washington, DC 20005
>
> *Counsel for Plaintiff Roger Lis*

Dated:  August 26, 2008                **/s/ Justin O. Kay**
                                        Justin O. Kay