IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER LIS,<br><br>                    Plaintiff,<br><br>          v.<br><br>COMCAST OF CHICAGO, INC., *et al.*,<br><br>                    Defendants. | No. 1:08-CV-3984<br><br>Judge Zagel<br>Magistrate Judge Cox |

### PLAINTIFF'S MOTION TO REMAND

Plaintiff, through counsel, hereby moves to remand this action to the Chancery Division of the Circuit Court of Cook County, Illinois pursuant to 28 U.S.C. § 1447, or in the alternative, 28 U.S.C. § 1332(d)(4).  In support hereof, Plaintiff incorporates the accompanying memorandum.

Dated:  August 29, 2008               Respectfully submitted,

                                              /s Kenneth J. Brennan
                                     Kenneth J. Brennan (Il. Bar #6239037)
                                     John A. Bruegger (Il. Bar #6278821)
                                     SIMMONSCOOPER LLC
                                     707 Berkshire Boulevard
                                     PO Box 521
                                     East Alton, IL  62024
                                     Telephone: (618) 259-2222
                                     Facsimile: (618) 259-2251
                                     Email: kbrennan@simmonscooper.com

August J. Matteis, Jr.*
GILBERT RANDOLPH LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005
Telephone: (202) 772-1923
Facsimile: (202) 772-1924
E-Mail: matteisa@gilbertrandolph.com
*Application for Admission Pro Hac Vice to be filed*

*Attorneys for Plaintiff Roger Lis*