IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER LIS,<br><br>            Plaintiff,<br><br>    v.<br><br>COMCAST OF CHICAGO, INC., *et al.*,<br><br>            Defendants. | No. 1:08-CV-3984<br><br>Judge Zagel<br>Magistrate Judge Cox |

## NOTICE OF PLAINTIFF'S MOTION TO REMAND

**TO**:

| | |
|---|---|
| Bradly J. Andreozzi<br>Justin O'Kay<br>DRINKER BIDDLE & REATH LLP<br>191 North Wacker Drive<br>Suite 3700<br>Chicago, IL 60606-1698 | Seamus C. Duffy<br>Michael W. McTigue Jr.<br>Michael P. Daly<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996 |

Please take notice that Plaintiff will present his Motion to Remand on September 4, 2008 at 10:15 a.m. before the Honorable James B. Zagel in Courtroom 2503, U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois 60604.

Dated:  August 29, 2008                              Respectfully submitted,


                                                            /s Kenneth J. Brennan
                                                     Kenneth J. Brennan (Il. Bar #6239037)
                                                     John A. Bruegger (Il. Bar #6278821)
                                                     SIMMONSCOOPER LLC
                                                     707 Berkshire Boulevard
                                                     PO Box 521
                                                     East Alton, IL  62024
                                                     Telephone: (618) 259-2222
                                                     Facsimile: (618) 259-2251
                                                     Email: kbrennan@simmonscooper.com

August J. Matteis, Jr.*
GILBERT RANDOLPH LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005
Telephone: (202) 772-1923
Facsimile: (202) 772-1924
E-Mail: matteisa@gilbertrandolph.com
*Application for Admission Pro Hac Vice to be filed*

*Attorneys for Plaintiff Roger Lis*