IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER LIS,<br><br>      Plaintiff,<br><br>  v.<br><br>COMCAST OF CHICAGO, INC., *et al.*,<br><br>      Defendants. | No. 1:08-CV-3984<br><br>Judge Zagel<br>Magistrate Judge Cox |

**ORDER**

  AND NOW, this _____ day of _____, 2008, upon consideration of Plaintiff's Motion to Remand, and any responses or replies thereto, it is hereby **ORDERED** that the motion is **GRANTED**.

                     _____

                     Hon. James B. Zagel, U.S.D.J.