## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ROGER LIS, On Behalf of Himself and All Others Similarly Situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case 1:08-cv-3984 |
| COMCAST OF CHICAGO, INC., *et al.*, ) ) ) ) ) | Judge Zagel<br>Magistrate Judge Cox |
| Defendants. ) ) ) ) | |

## CERTIFICATE OF SERVICE

COMES Now, John A. Bruegger of SimmonsCooper LLC, one of the attorneys for Plaintiff Roger Lis in the above cationed matter, and for this Certificate of Service states:

On August 29, 2008, I served on interested parties in said action the within:

1. PLAINTIFF'S NOTICE OF PRESENTMENT OF MOTION TO REMAND
2. PLAINTIFF'S MOTION TO REMAND
3. PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR REMAND
4. DECALRATION OF ALYSON FOSTER WITH EXHIBITS.
5. PLAINTIFFS' OPPOSITION TO MOTION TO COMPEL ARBITRATION
6. DECLARATION OF ALYSON FOSTER AND EXHIBITS

by using the Court's CM/ECF system, which will send a copy of this pleading to the individuals on the attached service list.

                                      Respectfully Submitted,

August 29, 2008　　　　　　　　　　　　_____*/s/ John A. Bruegger*_____
                                      John A. Bruegger, Il Bar. 6278821
                                      SIMMONSCOOPER LLC
                                      707 Berkshire Blvd, PO Box 521
                                      East Alton, Illinois 62024
                                      618-259-2222 phone
                                      618-259-2251 fax
                                      jbruegger@simmonscooper.com

                                      ATTORNEYS FOR PLAINTIFF

## SERVICE LIST

*Jordan Leigh, et al. v. Comcast of California II, et al.*

**Siobhan A Cullen**
Drinker Biddle & Reath LLP
333 South Grand Avenue Suite 1700
Los Angeles, CA 90071-1504
213-253-2300
213-253-2301 (fax)

Attorneys for Defendants

**Seamus C. Duffy**
**Michael W. McTigue, Jr.**
**Michael P. Daly**
Drinker Biddle and Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
215-988-2700
215-988-2757 (fax)

Attorneys for Defendants